**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                          **NO. 4:12CR00014-12-SWW**

**ANTHONY HILL**

### ORDER

Defendant's Motion for Two Point Reduction (Doc. No. 658), based on Sentencing Guideline Amendment 782, is DENIED.

At sentencing on December 1, 2006, Defendant had a total offense level of 29; criminal history score of V; and guideline range of 140-175 months. Defendant was sentenced to 120 months based on a departure by the Court. On December 18, 2014, Defendant's sentence was reduced by 30% for reasons unrelated to Amendment 782.

Under the new guidelines, Defendant's total offense level is 27 and the new guideline range is 120-150 months. Since the original 120-month sentence was based on a departure by the Court, Defendant is entitled to only 30% off the new low end of the guideline range. However, the new low end is 120 months (the same as his original sentence), so Amendment 782 does not result in a reduction. Defendant's sentence remains 84 months.

IT IS SO ORDERED this 22nd day of December, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE